**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

ADRIANNE DASH                                                    15-15439

**Debtor(s)**                                                    **Bankruptcy No.**

## NOTICE OF FINAL CURE PAYMENT AND
## COMPLETION OF PAYMENTS UNDER THE PLAN

Pursuant to Federal Bankruptcy Rule 3002.1(f), William C. Miller, Chapter 13 standing trustee, hereby gives notice that the debtor(s) in this matter ("debtor") has completed all payments required to cure the default in the claim filed by the following creditor, and this claim has been paid in full:

Creditor:  BAYVIEW LOAN SERVICING                                claim number: 3

Within 21 days of the service of this Notice, in accordance with Federal Bankruptcy Rule 3002.1(g), a creditor holding a claim secured by a security interest in the principal residence of debtor shall file and serve on debtor, counsel for debtor, and the standing trustee, a statement indicating whether (1) it agrees that debtor has paid in full the amount required to cure the default on the claim, and (2) debtor is otherwise current on all payments consistent with 11 U.S.C.§1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

Respectfully submitted,

/s/ William C. Miller
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19105
215-627-1377

Dated        3/14/2018

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

ADRIANNE DASH                                                                                    15-15439

**Debtor(s)**                                                                              **Bankruptcy No.**

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes Jenean Tucker, from the office of William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

  Creditor

    BAYVIEW LOAN SERVICING
    4425 PONCE DE LEON BLVD
    4425 PONCE DE LEON BLVD
    CORAL GABLES          FL   33146-

  Debtor

    ADRIANNE DASH

    6804 DICKS AVENUE

    PHILADELPHIA          PA   19142-

B. and by electronic service only:

  Debtor's Attorney

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA          PA   19107-

  U.S. Trustee

    Frederic J. Baker, Esquire
    Office of the U.S. Trustee
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                                /s/ Jenean Tucker
                                                Office of William C. Miller, Esquire
                                                Chapter 13 Standing Trustee

Dated      3/14/2018